ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Federal Program Integrators, LLC ) ASBCA No. 59989
)
Under Contract No. W912NW-11-P-0437 )

APPEARANCES FOR THE APPELLANT: Antonio R. Franco, Esq.
Michelle E. Litteken, Esq.
PilieroMazza PLLC
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
LTC Jose A. Cora, JA
Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket.

Dated: 22 February 2017

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59989, Appeal of Federal Program Integrators, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals